TOWER ROCK STONE
**COMPANY, Appellant,**

v.

**LABOR AND INDUSTRIAL RELATION COMMISSION, et al., Respondents.**

**No. 56705.**

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 13, 1990.

Mark W. Weisman, St. Louis, Robert J. Selsor, Clayton, for appellant.

Victorine Robben Mahon, Sandy Bowers, Jefferson City, for respondents.

ORDER

PER CURIAM.

Appellant, Tower Rock Stone Company, appeals the February 23, 1989, judgment of the circuit court affirming a decision of the Industrial Relations Commission finding two former Tower Rock Stone Company

employees to be entitled to unemployment compensation. We affirm. There is competent and substantial evidence in the record to support the circuit court's decision and there would be no precedential purpose served by a full opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).